| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>February 12, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ASHLEY LEE,<br><br>      Defendant. | Case No. 2:21-MJ-00028-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ASHLEY LEE ,

Case No.  2:21-MJ-00028-AC  Charge 21 USC § 841(a)(1) , from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    ___x___ Unsecured Appearance Bond $  25,000.00

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    ___X___ (Other):  Pretrial conditions as stated on the record

Issued at Sacramento, California on February 12, 2021 at 2:00 pm

By: *Allison Claire*

Magistrate Judge Allison Claire